CHICAGO, INDIANAPOLIS & LOUISVILLE RAILWAY COMPANY *v.* PRITCHARD.

[No. 5,071.   Filed October 30, 1906.]

From Clay Circuit Court; *Presley O. Colliver*, Judge.

Action by Walter K. Pritchard against the Chicago, Indianapolis & Louisville Railway Company. From a judgment for plaintiff, defendant appeals. Transferred to the Supreme Court under Acts 1901, §15, §1337o Burns 1901.

*E. C. Fields, G. A. Knight* and *H. R. Kurrie*, for appellant.
*S. A. Hays, Coffey & McGregor* and *C. E. Akers*, for appellee.

PER CURIAM.—The six judges of the Appellate Court being equally divided upon the determination of the appeal in this cause, the same is transferred to the Supreme Court, under section fifteen of an act of the General Assembly entitled: "An act concerning appeals," etc., approved March 12, 1901. Acts 1901, p. 565, §1337o Burns 1901.